## LEVY v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 49, September Term, 1961.]

*Decided February 20, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the opinion filed by Judge Carter (Joseph L.) in the lower court, the application of Marcellus

Levy for leave to appeal from the order denying him post conviction relief with respect to his imprisonment for uttering forged checks and passing bogus checks with intent to defraud, is hereby denied.

*Application denied.*